## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY M. WARTH,<br><br>  Petitioner,<br><br>v.<br><br>NDOC WARDEN W. REUBART, et al.,<br><br>  Respondents. | Case No. 2:25-cv-00831-GMN-NJK<br><br>**ORDER** |

Petitioner Kimberly M. Warth has submitted a Petition for Writ of Habeas Corpus and moved for the appointment of counsel. (ECF Nos. 1-1, 1-3.) However, Warth has not properly commenced this action by either paying the standard $5.00 filing fee or filing an Application for Leave to Proceed *In Forma Pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. This Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP Application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official,[1] and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Warth has up to and including June 20, 2025, to either pay the $5 filing fee or file a complete IFP Application.

It is therefore Ordered that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) is deferred until such time as Warth has fully complied with this Order.

---

[1] Warth has filed her financial certificate and need not file another one. (*See* ECF No. 1-2 at 3.)

It is further Ordered that on or before June 20, 2025, unless more time is requested and approved, Warth must file an IFP Application on the approved form with the two remaining supporting documents listed above <u>or</u> pay the $5 filing fee. Warth's failure to comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

It is further Ordered that the Clerk of Court kindly send Warth one blank copy of the IFP Application form for inmates along with instructions.

Dated: May 14, 2025

_____
Gloria M. Navarro, Judge
United States District Court